# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

*U.S. COURT OF APPEALS RECEIVED CLERK — AUG 18 2025 — ATLANTA, GA*

August 12, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re: Michael Rene Garrett
        v. United States
        Application No. 25A178
        (Your No. 24-12491)-C

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on August 12, 2025, extended the time to and including September 17, 2025.

    This letter has been sent to those designated on the attached notification list.

                          Sincerely,

                          **Scott S. Harris**, Clerk

                          by

                          Angela Jimenez
                          Case Analyst

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Michael R. Garrett
Prisoner ID 580170
Lakeland C.F.
141 First Street
Coldwater, MI 49036


Mr. D. John Sauer
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST-CLASS MAIL
IMI
$000.74
08/14/2025 ZIP 20543
043M31266310

US POSTAGE
quadient

CLEARED SECURITY

AUG 18 2025

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)